UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| CHARLES R. BOURQUE, on behalf of himself and other persons similarly situated | * * * * * | CIVIL ACTION<br><br>NO. 6:19-CV-1558 |
| v. | * * * | JUDGE MICHAEL J. JUNEAU<br><br>MAGISTRATE PATRICK J. HANNA |
| C. PEPPER LOGISTICS, LLC, INDEPENDENT SERVICE PROVIDER, LLC, and JAMES L. PEPPER | * * * * | |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

     BEFORE ME, the undersigned Notary Public, personally came and appeared:

LAUREN JEANSONNE

who, after being duly sworn, did depose and say that:

1. I am employed as a legal assistant by the Smith Law Firm;

2. I mailed a copy of the Summons, Civil Cover Sheet and Complaint in the above-captioned matter pursuant to the Federal Rules of Civil Procedure, Rule 4(e)(1) and Rule 4(k)(2) via Federal Long Arm Service to INDEPENDENT SERVICE PROVIDER, LLC. by certified mail, return receipt requested, Return Receipt Number 7013 3020 0001 6951 7716 in an envelope with sufficient postage affixed and properly addressed to:

     Independent Services Provider, LLC
     1600 Wayne Lanter Ave.

1

Madison, IL 62060

3. This certified envelope was deposited in the United States Mail on about December 12, 2019;

4. The aforementioned Summons, Civil Cover Sheet and Complaint in the above-captioned matter was received by Defendant INDEPENDENT SERVICES PROVIDER, LLC on about January 6, 2020, as evidenced by the attached, signed "Return Receipt," Article No. 7013 3020 0001 6951 7716[1];

5. I mailed a copy of the Summons, Civil Cover Sheet and Complaint in the above-captioned matter pursuant to the Federal Rules of Civil Procedure, Rule 4(e)(1) and Rule 4(k)(2) via Federal Long Arm Service to Defendant C. PEPPER LOGISTICS, LLC. by certified mail, return receipt requested, Return Receipt Number 7013 3020 0001 6951 7706 in an envelope with sufficient postage affixed and properly addressed to:

C. Pepper Logistics, LLC
1600 Wayne Lanter Ave.
Madison, IL 62060

6. This certified envelope was deposited in the United States Mail on about December 12, 2019;

7. The aforementioned Summons, Civil Cover Sheet and Complaint in the above-captioned matter was received by Defendant C. PEPPER LOGISTICS, LLC on about January 6, 2020, as evidenced by the attached, signed "Return Receipt," Article No. 7013 3020 0001 6951 7706[2];

8. I mailed a copy of the Summons, Civil Cover Sheet and Complaint in the above-captioned matter pursuant to the Federal Rules of Civil Procedure, Rule 4(e)(1) and Rule

---

[1] Exhibit A
[2] Exhibit B

4(k)(2) via Federal Long Arm Service to Defendant JAMES L. PEPPER. by certified mail, return receipt requested, Return Receipt Number 7013 3020 0001 6951 7720 in an envelope with sufficient postage affixed and properly addressed to:

> Mr. James L. Pepper
> 3420 Hanover Road
> Columbia, IL 62236

9. This certified envelope was deposited in the United States Mail on about December 12, 2019; and

10. The aforementioned Summons, Civil Cover Sheet and Complaint in the above-captioned matter was not claimed by Defendant JAMES L. PEPPER as evidenced by the attached, webpage for Article No. 7013 3020 0001 6951 7720[3].

_____
Lauren Jeansonne

SWORN TO AND SUBSCRIBED before me, this 14th day of February, 2020.

_____
J. Arthur Smith, IV
La. Bar Roll No. 37310
My Commission expires at death.



J. ARTHUR SMITH, IV
Notary Public
Notary ID No. 148828
East Baton Rouge Parish, LA

---

[3] Exhibit C



EXHIBIT A



EXHIBIT B

ALERT: USPS WILL BE TEMPORARILY SUSPENDING THE GUARANTEE ON PRIORITY MAIL EX…

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70133020000169517720

Expected Delivery on

**FRIDAY**
**14** FEBRUARY 2020 ⓘ | by **8:00pm** ⓘ

Feedback

## Out for Delivery

February 14, 2020 at 7:28 am
Out for Delivery, Expected Delivery by 8:00pm
BATON ROUGE, LA 70801

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∧

February 14, 2020, 7:28 am
Out for Delivery, Expected Delivery by 8:00pm
BATON ROUGE, LA 70801
Your item is out for delivery on February 14, 2020 at 7:28 am in BATON ROUGE, LA 70801.

---

February 14, 2020, 7:17 am
Arrived at Unit

EXHIBIT C

BATON ROUGE, LA 70801

**February 13, 2020**
In Transit to Next Facility

**February 11, 2020, 4:50 pm**
Departed USPS Regional Facility
SAINT LOUIS MO DISTRIBUTION CENTER

**February 10, 2020, 3:23 pm**
Arrived at USPS Regional Facility
SAINT LOUIS MO DISTRIBUTION CENTER

**February 3, 2020, 11:24 am**
Unclaimed/Being Returned to Sender
COLUMBIA, IL 62236

Feedback

## Product Information

**Postal Product:**

**Features:**
Certified Mail™

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**