# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TEXAS
### Sherman Division

| | |
|---|---|
| **CHARLES R. BOURQUE** | **CIVIL ACTION NO. 4:22-cv-00698** |
| **VERSUS** | |
| | **JUDGE SEAN D. JORDAN** |
| **C. PEPPER LOGISTICS, LLC; INDEPENDENT SERVICE PROVIDER, LLC; and JAMES L. PEPPER** | |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

**NOW INTO COURT**, through undersigned counsel, who, in accordance with this Honorable Court's October 24, 2022 *Order*,[1] respectfully moves this Honorable Court for leave to file the attached *Amended Complaint* into the record herein.

WHEREFORE, Plaintiff prays that this motion be granted and that the attached Amended Complaint be filed into the record.

Respectfully submitted,

**SMITH LAW FIRM**

*/s/ J. Arthur Smith, IV*
J. Arthur Smith, III, T.A. (La. #07730)
J. Arthur Smith, IV (La. #37310)
830 North Street
Baton Rouge, Louisiana 70802
Telephone: (225) 383-7716
Facsimile: (225) 383-7773
jasmith@jarthursmith.com
asmithiv@jarthursmith.com
*Pro-hac Vice*

---

[1] R.Doc. 58.

Brian P. Sanford
Texas Bar No. 17630700
bsanford@sanfordfirm.com
Elizbeth "BB" Sanford
Texas Bar No. 24100618
**THE SANFORD FIRM**
1910 Pacific Ave., Suite 15400
Dallas, TX 75201
Ph:  (214) 717-6653
Fax: (214) 919-0113
bsanford@sanfordfirm.com
esanford@sanfordfirm.com
*Counsel for Plaintiff, Charles R. Bourque*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was this day filed into the record of this matter with the Clerk of Court for the U.S. District Court, Eastern District of Texas via the Court's ECF/ECM electronic filing system, and that a copy of same was served upon all counsel of record via automatic operation of that filing system.

Baton Rouge, Louisiana, this 31st day of October, 2022.


 /s/  *J. Arthur Smith, IV*
J. Arthur Smith, IV