# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TEXAS
*Sherman Division*

| | |
|---|---|
| **CHARLES R. BOURQUE** | **CIVIL ACTION NO. 4:22-cv-00698** |
| **VERSUS** | **JUDGE SEAN D. JORDAN** |
| **C. PEPPER LOGISTICS, LLC; INDEPENDENT SERVICE PROVIDER, LLC; and JAMES L. PEPPER** | |

## PLAINTIFF'S *REVISED* MOTION FOR LEAVE TO AMEND COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Charles R. Bourque, who, in accordance with this Honorable Court's October 24, 2022 *Order*,[1] and this Court's Notice of Deficiency issued this day, respectfully moves this Honorable Court for leave to file the attached *Amended Complaint* into the record herein.

WHEREFORE, Plaintiff prays that this motion be granted and that the attached Amended Complaint be filed into the record.

Respectfully submitted,

**SMITH LAW FIRM**

*/s/ J. Arthur Smith, IV*
J. Arthur Smith, III, T.A. (La. #07730)
J. Arthur Smith, IV (La. #37310)
830 North Street
Baton Rouge, Louisiana 70802
Telephone: (225) 383-7716
Facsimile: (225) 383-7773
jasmith@jarthursmith.com
asmithiv@jarthursmith.com
*Pro-hac Vice*

---

[1] R.Doc. 58.

-*And*-

Brian P. Sanford
Texas Bar No. 17630700
bsanford@sanfordfirm.com
Elizabeth "BB" Sanford
Texas Bar No. 24100618
**THE SANFORD FIRM**
1910 Pacific Ave., Suite 15400
Dallas, TX 75201
Ph:   (214) 717-6653
Fax: (214) 919-0113
bsanford@sanfordfirm.com
esanford@sanfordfirm.com
*Counsel for Plaintiff, Charles R. Bourque*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was this day filed into the record of this matter with the Clerk of Court for the U.S. District Court, Eastern District of Texas via the Court's ECF/ECM electronic filing system, and that a copy of same was served upon all counsel of record via automatic operation of that filing system.

Baton Rouge, Louisiana, this 1st day of November, 2022.

  /s/  *J. Arthur Smith, IV*
J. Arthur Smith, IV

## **CV-7(i) CERTIFICATE OF CONFERENCE**

I HEREBY FURTHER CERTIFY that I have this day conferred via telephone with counsel for Defendants, and that during this conference I was informed that Defendants have no opposition to the filing and granting of this motion.

Baton Rouge, Louisiana this 1st day of November, 2022.

  /s/  *J. Arthur Smith, IV*
J. Arthur Smith, IV