# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TEXAS
*Sherman Division*

| | |
|---|---|
| **CHARLES R. BOURQUE** | **CIVIL ACTION NO. 4:22-cv-00698** |
| **VERSUS** | **HON. JUDGE SEAN D. JORDAN** |
| **C. PEPPER LOGISTICS, LLC; INDEPENDENT SERVICE PROVIDER, LLC; and JAMES L. PEPPER** | |

## ORDER

**HAVING CONSIDERED** the foregoing Revised *Motion for Leave to Amend Complaint*;

**IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED**, and that Plaintiff's *Amended Complaint* be filed into the record herein.