UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS
*Sherman Division*

| | |
|---|---|
| **CHARLES R. BOURQUE** | **CIVIL ACTION NO. 4:22-cv-00698** |
| **VERSUS** | **HON. JUDGE SEAN D. JORDAN** |
| **C. PEPPER LOGISTICS, LLC; INDEPENDENT SERVICE PROVIDER, LLC; and JAMES L. PEPPER** | |

**ORDER**

HAVING CONSIDERED the foregoing Plaintiff's Motion to Compel;

IT IS HEREBY ORDERED that motion is GRANTED, and that Defendants C. Pepper Logistics, LLC; Independent Service Provider, LLC; and James L. Pepper shall produce all documents responsive to requests for production numbers 3 and 8, including, *but not limited to* Annette Leblanc's manager file for Plaintiff, Plaintiff's application/(s) for employment with C. Pepper Logistics, LLC and Independent Service Provider, LLC; all of Plaintiff's fuel receipts, and all underlying documents and/or evidence used to calculate all deductions from Plaintiff Charles Bourque's compensation;

IT IS HEREBY FURTHER ORDERED that Defendants C. Pepper Logistics, LLC; Independent Service Provider, LLC; and James L. Pepper shall pay Plaintiff's reasonable attorneys' fees in the amount of $ _____ and his reasonable costs in the amount of $ _____.