UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS
*Sherman Division*

**CHARLES R. BOURQUE,**                                  No. 4:22-CV-00698
       *Plaintiff,*

**VERSUS**                                               HON. JUDGE SEAN D. JORDAN

**C. PEPPER LOGISTICS, LLC,**
**INDEPENDENT SERVICE PROVIDER, LLC,**
**AND JAMES L. PEPPER**
       *Defendants.*

---

**PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR ADMISSIONS AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS INDEPENDENT SERVICE PROVIDER, LLC, C. PEPPER LOGISTICS, LLC and JAMES L. PEPPER**

---

TO:   **Independent Service Provider, LLC**
      **C. Pepper Logistics, LLC & James L. Pepper**
      *Via their counsel of record:*
      Mr. Theodore J. Messina III
      Mr. David Freudiger
      5910 N. Central Expy, Ste 1599
      Dallas, TX 75206
      jmessina@messinalegal.com
      david@messinalegal.com

Plaintiff, Charles R. Bourque, through undersigned counsel, submits the following Interrogatories, Requests for Production of Documents and Requests for Admissions to Defendants, Independent Service Provider, LLC, C. Pepper Logistics, LLC (sometimes hereinafter "ISP" and "C Pepper") and James L. Pepper pursuant to Rules 33, 34 and 36 of the Federal Rules of Civil Procedure.

You are further placed on notice that these discovery requests are to be deemed continuing requests requiring supplemental answers thereto in the event any relevant information which

**EXHIBIT A**

would require amendment or supplementation of the answers in order that they would be properly and truthfully answered is discovered, acquired by or becomes known to you.

In answering the following requests, please furnish such information *as is available to you, not merely information you now have of your own personal knowledge. This means you are to furnish information which is in the possession of any of your agents or attorneys or otherwise subject to your custody or control.*

## I. INSTRUCTIONS

You are required to serve a written response within 30 days after the service of this request, except to the extent that you object in writing to particular items, or categories of items, stating specific reasons why such discovery should not be allowed.

a) You are required to serve a written response within 30 days after the service of this request, which shall state, with respect to each item or category of items, that inspection will be permitted as requested, except to the extent that you object in writing to particular items, or categories of items, stating specific reasons why such discovery should not be allowed.

b) You are required to produce documents as they are kept in the usual course of business or organized and labeled to correspond with the categories in the request.

c) Each document produced pursuant to this Request for Production is to be identified by the specific number of the Request for Production with respect to which it is produced.

d) If you object to furnishing any requested document, please state the specific grounds of your objection and identify the document by its author, recipient, date, and subject matter and explain why you believe the document is protected from production.

e) If you object to a part of an item or category, you must specify the part and permit the inspection of the remaining part.

f) If, after responding to this request, you discover additional documents which are responsive to this request, you must supplement your response pursuant to Rule 26 (e) of the Federal Rules of Civil Procedure.

## II. DEFINITIONS

a) "Person" means the plural as well as the singular and includes: natural persons, corporations, firms, associations, partnerships, joint ventures, trusts, estates, or any other form of legal entity; and governmental agencies, departments, units, or subdivisions thereof.

b) The singular shall include the plural and vice versa; the terms "and" and "or" shall be both conjunctive and disjunctive; and the term "including" shall mean without limitation.

c) "Defendant," "you," and "your" refers to the Independent Service Provider, LLC, C. Pepper Logistics, LLC, and James L. Pepper and includes any and all predecessors-in-office, directors, officers, employees, agents, representatives, and any person or entity acting or purporting to act on its behalf, now or in the past.

d) The terms "and" and "or" shall be construed conjunctively or disjunctively to bring within the scope of this request any information which might otherwise be construed to be outside its scope.

e) The term "Plaintiff", "him" and "he" refers to Charles R. Bourque, the Plaintiff in this lawsuit.

## INTERROGATORIES

1. Identify any and all equipment owned, leased, possessed and/or within your custody or control which you provided or issued to Plaintiff to deliver automotive parts and/or tractor parts.

2. Identify all persons, by name, physical address and telephone number, who had the authority to hire ISP and/or C Pepper employees and/or independent contractors whom worked out of the same location or terminal as Plaintiff for the period of January 12, 2018 to September 2019.

3. Identify all persons by name, physical address and telephone number, who had the authority to fire and/or terminate the services of ISP and/or C Pepper employees and/or independent contractors for the period of January 12, 2018 to September 2019.

4. Identify any and all ISP and/or C Pepper employees and/or agents by name, physical address and telephone number, whom supervised, managed and/or directed plaintiff and/or Plaintiff's work assignments.

5. Provide a physical address for the terminal/(s) out of which Plaintiff worked while he

3

performed truck driving services for you.

**REQUESTS FOR ADMISSIONS**

**Request for Admission No. 1:**

Admit that PLF00153 (attached) is a rental agreement with Ryder Truck Rental, Inc. located in Scott, Louisiana, procured by you and/or one of your agents, to provide Plaintiff with a 26' diesel light duty van.

**Request for Admission No. 2:**

Admit that Plaintiff used the Ryder truck described in PLF000153 to deliver automotive and tractor parts to various automotive dealerships in South Louisiana for the benefit of Defendants.

**Request for Admission No. 3:**

Admit that Annette Mellano signed a contract dated January 12, 2018 on behalf of Independent Service Provider, LLC with Plaintiff, which notes her position as manager of Independent Service Provider, LLC.

**Request for Admission No. 4:**

Admit that in the January 12, 2018 contract between the parties, Annette Mellano provided an address for Independent Service Provider, LLC in Lafayette, Louisiana.

**Request for Admission No. 5:**

Admit that Annette Mellano signed a draft contract dated June 12, 2018 on behalf of C. Pepper Logistics, LLC with Plaintiff, which notes her position as manager of C. Pepper Logistics, LLC.

**Request for Admission No. 6:**

Admit that in the June 12, 2018 draft contract between the parties, Annette Mellano provided an address for C. Pepper Logistics, LLC in Lafayette, Louisiana.

**Request for Admission No. 7:**

Admit that the attached "Coaching Session Report" (PLF0048) indicates that Annette Mellano coached Charles Bourque on November 13, 2018 for allegedly not wearing his seatbelt in a parking lot.

**Request for Admission No. 8:**

Admit that the attached "Coaching Session Report" (PLF0048) indicates that you would fine Charles Bourque for allegedly not wearing his seatbelt in a parking lot.

**Request for Admission No. 9:**

Admit that Annette Mellano was employed by you for the period covering January 2018 to September 2019.

**Request for Admission No. 10:**

Admit that withing the certificate of insurance made a part of the January 12, 2018 contract between the parties (PLF00021), Plaintiff did not request or select permissive physical damage insurance on the tractor/truck provided to him.

**Request for Admission No. 11:**

Admit that Plaintiff worked as a truck driver for your benefit in Louisiana.

**Request for Admission No. 12:**

Admit that ISP and C Pepper facilitate the delivery of automotive and tractor parts throughout Louisiana, which parts have been shipped to Louisiana from other states.

**Request for Admission No. 13:**

Admit that you compensated Plaintiff for performing truck driving services on your behalf.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**Request No. 1:**

Produce any and all correspondence from you to Plaintiff regarding the termination of Plaintiff's services.

**Request No. 2:**

Produce a copy of any and all records indicating the location/(s) of any and all routes Plaintiff drove on your behalf.

**Request No. 3:**

Produce a copy of any and all correspondence, notes, letters, text messages, emails, and documents of any kind regarding Plaintiff, including, but not limited to, the work he provided to you and his compensation.

**Request No. 4:**

Produce a copy of any and all correspondence exchanged between you and Plaintiff.

**Request No. 5:**

If you contend that plaintiff had any type of profit sharing with ISP/C Pepper- produce any all documents referring to and/or referencing same.

**Request No. 6:**

Produce all of plaintiff's payroll records including any and all tax records and any and all correspondence about plaintiffs' compensation from ISP and C Pepper.

**Request No. 7:**

Produce all of plaintiff's time clock records and work schedules.

**Request No. 8:**

Produce all records, letters, notes, receipts and documents of any kind provided to you, from plaintiff, regarding his fuel expenses and/or fuel purchases.

**Request No. 9:**

Produce any and all correspondence between Anette Mellano and any and all ISP and/or C Pepper employees and/or agents regarding Mr. Bourque.

**Request No. 10:**

If you contend that Charles Bourque selected physical damage insurance on the tractor/truck issued and/or provided to him by you and/or by one of your agents, and/or that he agreed to such wage deduction, produce any and all documents supporting this contention.

Respectfully submitted,

**SMITH LAW FIRM**

/s/ J. Arthur Smith, IV
J. Arthur Smith, III, T.A. (#07730)
830 North Street
Baton Rouge, Louisiana 70802
Telephone: (225) 383-7716
Facsimile: (225) 383-7773
jasmith@jarthursmith.com
*Counsel for Plaintiff,*
*Charles R. Bourque*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has this day been served upon all counsel of record and interested parties via e-mail, facsimile and/or U.S. Mail, postage pre-paid and properly addressed as follows to:

| | |
|---|---|
| Mr. Theodore J. Messina III<br>Mr. David Freudiger<br>5910 N. Central Expy, Ste 1599<br>Dallas, TX 75206<br>jmessina@messinalegal.com<br>david@messinalegal.com | Mr. J. Ricky LaFleur<br>120 South State Street<br>Abbeville, LA 70510<br>jrickylafleur@hushmail.com |

Baton Rouge, Louisiana this 17th, day of February, 2023.

/s/ J. Arthur Smith, IV
J. Arthur Smith, IV