**Art Smith, IV**

| | |
|---|---|
| **From:** | Art Smith, IV |
| **Sent:** | Wednesday, April 19, 2023 4:37 PM |
| **To:** | David Freudiger |
| **Cc:** | jmessina@messinalegal.com |
| **Subject:** | RE: Bourque- Discovery conference with you today - time change- 4:30 |

David:

     I believe my 4/4/23 letter lays out the issues. I just called for our Rule 37 discovery conference. I was told that both you and Joey were unavailable. As I said this morning, I have a meeting today at 5:00. But, if you are available in the next few minutes we might be able to get our conference done today. Please give me a call. Thanks.

Art

J. Arthur Smith, IV | Associate
SMITH LAW FIRM | 830 North Street | Baton Rouge, LA  70802
Tel.: 225.383.7716 ext. 1009 | Fax: 225.383.7773 | Email: asmithiv@jarthursmith.com
PRIVILEGED & CONFIDENTIAL COMMUNICATION: DO NOT read, copy or disseminate this communication unless you are the intended addressee. This may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying distribution, or taking of any action in reliance on the contents of the electronically transmitted materials is prohibited.

**From:** David Freudiger
**Sent:** Wednesday, April 19, 2023 10:54 AM
**To:** Art Smith, IV <asmithiv@jarthursmith.com>
**Subject:** Re: Bourque- Discovery conference with you today - time change- 4:30

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Art,

I understand. But if there is anything we can resolve before the conference, that will help streamline the process. Do you have any substantive response to any points I raised, or do you just prefer to wait and discuss iot with Joey?



David F. Freudiger, Attorney

**The Messina Law Firm, PC**

5910 North Central Expressway

Suite 1599

Dallas, Texas 75206

(214) 550-7444 - phone

**EXHIBIT A1**

(214) 206-9593 - fax

david@messinalegal.com


On Wed, Apr 19, 2023 at 10:40 AM Art Smith, IV <asmithiv@jarthursmith.com> wrote:

> David-
>
> Thanks for contacting me. We still need to have the conference. As Joey himself described the responses as "a mess." Thanks.
>
> Art
>
>
> J. Arthur Smith, IV | Associate
>
> SMITH LAW FIRM | 830 North Street | Baton Rouge, LA  70802
>
> Tel.: 225.383.7716 ext. 1009 | Fax: 225.383.7773 | Email: asmithiv@jarthursmith.com
>
> PRIVILEGED & CONFIDENTIAL COMMUNICATION: DO NOT read, copy or disseminate this communication unless you are the intended addressee. This may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying distribution, or taking of any action in reliance on the contents of the electronically transmitted materials is prohibited.
>
> ---
>
> **From:** David Freudiger
> **Sent:** Wednesday, April 19, 2023 10:22 AM
> **To:** Art Smith, IV <asmithiv@jarthursmith.com>
> **Cc:** jmessina@messinalegal.com
> **Subject:** Re: Bourque- Discovery conference with you today - time change- 4:30
>
>
> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Art,
>
>
> Good morning. I believe Joey planned to attend the discovery conference this afternoon so I will check with him on that. As to Interrogatory No. 2, the question did not ask who actually *hired* the independent contractors, but simply who had the authority to hire them. I believe the answer was responsive. The answer to No. 3 could have been clearer, but identifies Annette LeBlanc as the person with authority. If your concern is that it does not specifically state that this authority applied to ISP and/or C Pepper, we can supplement the

2

response to make that answer clearer. If that is not your specific concern, please let us know. With respect to Request for Admissions 3-6, Defendants' statement that they "don't recall seeing this contract" is not an objection. Rather, Rule 36 requires that if a matter is not admitted or denied, the answer must state why the party cannot admit or deny it. I think had the contract been attached to the request, as was done with other Requests for Admissions, it would have been clearer to our clients. This was not an attempt to be evasive on my part, as it did appear to me the client was unsure at the time what document was referenced. In any event, with clarification of the Bates number of the document in question this question can be resubmitted to our clients for response. The responses to Requests for Production numbers 3,4,7 and 8 were made in anticipation of a likely extension of the discovery deadline. Given that that deadline has now been extended to May 22, I believe this issue is now moot. If you disagree, please let us know.

We are happy to work with you to resolve these issues. Feel free to respond with any questions or concerns. Thanks.

David F. Freudiger, Attorney

**The Messina Law Firm, PC**

5910 North Central Expressway

Suite 1599

Dallas, Texas 75206

(214) 550-7444 - phone

(214) 206-9593 - fax

david@messinalegal.com

On Wed, Apr 19, 2023 at 9:10 AM Art Smith, IV <asmithiv@jarthursmith.com> wrote:

> Joey, David:
>
> Good morning. I set a discovery conference with you today at 5:00. I need to call you at 4:30 instead as I was just called into a meeting at 5:00. If this is a problem, please let me know asap. We could have a call pretty much any other time today except for 11:45 to 12:45. thanks.
>
> Art

J. Arthur Smith, IV | Associate

SMITH LAW FIRM | 830 North Street | Baton Rouge, LA  70802

Tel.: 225.383.7716 ext. 1009 | Fax: 225.383.7773 | Email: asmithiv@jarthursmith.com

PRIVILEGED & CONFIDENTIAL COMMUNICATION: DO NOT read, copy or disseminate this communication unless you are the intended addressee. This may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying distribution, or taking of any action in reliance on the contents of the electronically transmitted materials is prohibited.