| | |
|---|---|
| **From:** | txedCM@txed.uscourts.gov |
| **To:** | txedcmcc@txed.uscourts.gov |
| **Subject:** | Activity in Case 4:22-cv-00698-SDJ Bourque v. C Pepper Logistics LLC et al Telephone Conference |
| **Date:** | Friday, May 26, 2023 5:24:07 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of TEXAS [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 5/26/2023 at 5:23 PM CDT and filed on 5/26/2023
**Case Name:**         Bourque v. C Pepper Logistics LLC et al
**Case Number:**    4:22-cv-00698-SDJ
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before District Judge Sean D. Jordan: Telephone Conference held on 05/26/2023. The Court held a telephone conference with counsel for Plaintiff Charles R. Bourque and counsel for Defendants C. Pepper Logistics, LLC, Independent Service Provider, LLC, and James L. Pepper concerning the parties' ongoing discovery disputes. The Court had been apprised of three separate discovery disputes at issue, the first dispute relating to Defendants' responses to certain of Plaintiff's interrogatories, the second dispute relating to Defendants' responses to certain of Plaintiff's requests for admission, and the third dispute relating to Defendants' document productions in response to certain of Plaintiffs requests for production. Concerning the first issue, it is the Court's understanding that certain of Plaintiff's interrogatories specifically request that Defendants provide the identity of the decisionmakers within Defendants C. Pepper Logistics, LLC and Independent Service Provider, LLC who possess the authority to hire employees or independent contractors and to terminate employees or independent contractors. The Court agrees with Plaintiff that Defendants have provided answers that fail to directly respond to these interrogatories. Defendants should supplement their answers to directly respond to the substance of these interrogatories. Concerning the second issue, it is the**

**EXHIBIT C**

Court's understanding that Plaintiff requests that Defendants admit that a specific manager employed by Defendant Independent Service Provider, LLC signed two contracts concerning Plaintiff Charles R. Bourque, both of which were produced with Plaintiff's initial disclosures. Defendants have apparently failed to admit or deny Plaintiff's requests because they were unsure which contracts are referenced in the admission requests. Following discussion with the Court, Defendants confirmed that they will submit amended responses that answer the admission requests as to the contracts produced by Plaintiff with his initial disclosures. Concerning the third issue, Plaintiff contends that, in response to certain requests for production served by Plaintiff, Defendants have failed to produce any personnel records relating to Plaintiff and maintained by Defendants, including payroll, time clock, and fuel expense records. Defendants' counsel acknowledged Defendants' lack of production in this regard, and advised that his clients have indicated they could not locate the requested records. The Court advises Defendants' counsel that Defendants should carefully search all physical and electronic records once again, retrieve all records pertaining to Plaintiff, and then produce documents that are responsive to the requests for production and non-privileged. Finally, given that the operative discovery deadline for this case was reached on Monday, May 22, 2023, the Court anticipates that the parties will file a joint motion to amend the operative scheduling order in order to accommodate the resolution of the above issues. If any party concludes that a motion to compel is necessary to obtain needed information on the above issues, they may file such a motion. This Court's informal meeting requirement prior to the filing of a motion to compel has been met. (Court Reporter N/A) (J. Arthur Smith, IV for Plaintiff Charles R. Bourque) (David F. Freudiger for Defendants C. Pepper Logistics, LLC, Independent Service Provider, LLC, and James L. Pepper) (10:00-10:35 am). (las) (Court Reporter: Not Recorded.)

**4:22-cv-00698-SDJ Notice has been electronically mailed to:**

Theodore Joseph Messina, III    jmessina@messinalegal.com, danielle@messinalegal.com, jessica@messinalegal.com

Brian P Sanford    bsanford@sanfordfirm.com

Theodore J Messina, III    jmessina@messinalegal.com

Joseph Arthur Smith, III    jasmith@jarthursmith.com, rbumbuc@jarthursmith.com

Joseph Arthur Smith, IV    asmithiv@jarthursmith.com, lcollinsworth@jarthursmith.com

**4:22-cv-00698-SDJ Notice will not be electronically mailed to:**