UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
*Sherman Division*

| | |
|---|---|
| **CHARLES R. BOURQUE,** | **CIVIL ACTION No. 4:22-CV-00698** |
| *Plaintiff,* | |
| V. | **HON. JUDGE SEAN D. JORDAN** |
| **C. PEPPER LOGISTICS, LLC, INDEPENDENT SERVICE PROVIDER, LLC, and JAMES L. PEPPER,** | |
| *Defendants.* | |

**DEFENDANTS' SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR ADMISSIONS AND REQUESTS FOR PRODUCTION**

TO:   PLAINTIFF, Charles R. Bourque, by and through his attorney of record, J. Arthur Smith, III, Smith Law Firm, 830 North Street, Baton Rouge, Louisiana 70802

COME NOW, Defendants, C. Pepper Logistics, LLC, Independent Service Provider, LLC, and James L. Pepper and serve these *Defendants' Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories, Requests for Admissions, and Requests for Production* as follows:

Respectfully submitted,

THE MESSINA LAW FIRM, P.C.

*/s/ Theodore J. Messina III*

THEODORE J. MESSINA, III
State Bar No. 24041475
jmessina@messinalegal.com
DAVID F. FREUDIGER
State Bar No. 07449300
david@messinalegal.com
5910 N Central Expy, Ste 1599
Dallas, TX 75206
Tel: 214-550-7444

Fax: 214-206-9593

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document has been served upon all counsel of record via electronic mail on this Monday, June 19, 20233.

*[signature]*
_____
THEODORE J. MESSINA, III

## SUPPLEMENTAL RESPONSES TO INTERROGATORIES

**INTERROGATORY 2:** Identify all persons, by name, physical address and telephone number, who had the authority to hire ISP and/or C Pepper employees and/or independent contractors whom worked out of the same location or terminal as Plaintiff for the period of January 12, 2018 to September 2019.

**RESPONSE:**  Annette LeBlanc (Lafayette Operations) 337-250-7643 and Jonathan Pepper (safety/DOT compliance) 636-633-0115.

**INTERROGATORY 3:** Identify all persons by name, physical address and telephone number, who had the authority to fire and/or terminate the services of ISP and/or C Pepper employees and/or independent contractors for the period of January 12, 2018 to September 2019.

**RESPONSE:**  Annette LeBlanc (Lafayette Operations) 337-250-7643 and Jonathan Pepper (safety/DOT compliance) 636-633-0115.

## SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSIONS

**Request for Admission No. 3:** Admit that Annette Mellano signed a contract dated January 12, 2018 on behalf of Independent Service Provider, LLC with Plaintiff, which notes her position as manager of Independent Service Provider, LLC.

**RESPONSE:** Admit.

**Request for Admission No. 4:** Admit that in the January 12, 2018 contract between the parties, Annette Mellano provided an address for Independent Service Provider, LLC in Lafayette, Louisiana.

**RESPONSE:** Admit.

**Request for Admission No. 5:** Admit that Annette Mellano signed a draft contract dated June 12, 2018 on behalf of C. Pepper Logistics, LLC with Plaintiff, which notes her position as manager of C. Pepper Logistics, LLC.

**RESPONSE:**  Admit

**Request for Admission No. 6:** Admit that in the June 12, 2018 draft contract between the parties, Annette Mellano provided an address for C. Pepper Logistics, LLC in Lafayette, Louisiana.

**RESPONSE:**  Admit

## SUPPLEMENTAL RESPONES TO REQUESTS FOR PRODUCTION

**Request No. 3:** Produce a copy of any and all correspondence, notes, letters, text messages, emails, and documents of any kind regarding Plaintiff, including, but not limited to, the work he provided to you and his compensation.

**RESPONSE:** Defendants have no responsive documents in their possession, custody or control.

**Request No. 4:** Produce a copy of any and all correspondence exchanged between you and Plaintiff.

**RESPONSE:** Defendants have no responsive documents in their possession, custody or control.

**Request No. 6:** Produce all of plaintiff's payroll records including any and all tax records and any and all correspondence about plaintiffs' compensation from ISP and C Pepper.

**RESPONSE:** All documents responsive to this request are attached as bates labeled DEFENDANTS 000002-000079.

**Request No. 7:** Produce all of plaintiff's time clock records and work schedules.

**RESPONSE:** Defendants have no responsive documents in their possession, custody or control.

**Request No. 8:** Produce all records, letters, notes, receipts and documents of any kind provided to you, from plaintiff, regarding his fuel expenses and/or fuel purchases.

**RESPONSE:** Defendants have no responsive documents in their possession, custody or control.