1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF TEXAS

3                         SHERMAN DIVISION

4   CHARLES R. BOURQUE,                    NO. 4:22-CV-00698
            Plaintiff,
5
    VERSUS                                 HON. JUDGE SEAN D.
6                                          JORDON

7   C. PEPPER LOGISTICS, LLC
    INDEPENDENT SERVICE PROVIDER,
8   LLC AND JAMES L. PEPPER
            Defendants.
9

10

11           The Videoconference Deposition of ANNETTE

12      MELLANO LEBLANC, appearing from Lafayette,

13      Louisiana, taken in connection with the

14      captioned cause pursuant to the following

15      stipulations before Lenora St. Pierre, Certified

16      Court Reporter, appearing from Youngsville,

17      Louisiana, on Wednesday, the 5th day of April,

18      2023, beginning at 10:27 a.m.

19

20

21

22

23

24

25

EXHIBIT E

```
 1        discovery responses that you and somebody named

 2        Jonathan Pepper would on board and approve

 3        drivers.

 4             Can you tell me what on boarding and

 5        approving drivers refers to?

 6   A    Having them fill out the application.

 7   Q    So -- and what kind of application are you

 8        talking about?

 9   A    With their information.

10   Q    Okay.  Now, what are they applying to do?

11   A    Contract driver.

12   Q    In your process of on boarding, the -- well, did

13        you on board truck drivers while working for

14        ISP?

15   A    Yes.

16   Q    And did you also on board truck drivers while

17        working at C. Pepper?

18   A    Yes.

19   Q    Okay.  Now, you mentioned an application for

20        contract drivers, and when you say "contract

21        drivers," I assume you're referring to drivers

22        that are get -- receive a 1099 tax form at the

23        end of the year?  Is that what you're referring

24        to?

25   A    Yes.
```

```
 1              MR.  BRAUNEL:

 2                   Give us ten, please, on this end?

 3              MR.  SMITH:

 4                   Yeah, sure.  Ten.  Thank you, Matt.

 5                        (OFF THE RECORD)

 6   MR.  SMITH:

 7   Q    All right.  Ms. Mellano, I think before the

 8        break we were talking about this application

 9        process at ISP and C. Pepper, and you explained

10        that in part of the on boarding process that you

11        did at those companies as the terminal manager

12        that you would receive these applications for

13        truck drivers to work, and then you would submit

14        it to ISP, C. Pepper, wait for them to I guess

15        approve or deny the application; is that right?

16   A    Yes.

17   Q    Now, assuming -- well, in the instance that a

18        truck driver is approved, what happens then with

19        that application?  Is it -- in other words, does

20        it go to a personnel file, or some kind of file

21        contained?

22   A    I kept them on file.

23   Q    Was that sort of your own manager file of the

24        truck drivers?  Is that what that would be?

25   A    Yeah.
```

```
 1           freight in and out of his tractor/trailer; is
 2           that right?
 3      A    If they had one available, yes.
 4      Q    Okay.  Do you know if ISP/C. Pepper provided Mr.
 5           Bourque with anything else besides a -- with any
 6           other equipment when he was working there, or
 7           worked providing services for those companies?
 8      A    The pallet jack.
 9      Q    All right.  Now, were you Mr. Bourque's manager
10           while he was working there as a truck driver for
11           ISP/C. Pepper?
12      A    Yes.
13      Q    And did you have a manager file on Mr. Bourque?
14      A    Yes.
15      Q    Do you know if ISP/C. Pepper had a personnel
16           file for Mr. Bourque?
17      A    Not that I'm aware of.
18      Q    Now, when Mr. Bourque was -- while he was, you
19           know, driving trucks for ISP and C. Pepper, was
20           he required to call a supervisor after every
21           stop that he made?
22      A    Yes.
23      Q    And would that supervisor have been you?
24      A    Yes.
25      Q    And so, after say he makes his stop, he goes to
```

96

```
 1          nothing to do with me.

 2    Q     No, I'm not saying it is.  I'm just asking you

 3          about what the deductions are, and what they're

 4          based on.  So let me just -- so Part F of --

 5          this is Exhibit 7, the fuel taxes, reads, "For

 6          the purposes of you getting and paying all state

 7          fuel taxes owed for the equipment, carrier

 8          should issue contractor a fuel card for use for

 9          all fuel purposes.  All fuel charges and state

10          fuel taxes will be charged back to contractor as

11          allowed for under this agreement along with a

12          monthly fee of $40 for each vehicle contracted

13          to the carrier."  Did I read that correctly?

14    A     Yeah.

15    Q     Did Mr. Bourque give you his weekly fuel

16          receipts?

17    A     He did.

18    Q     Okay.  And what did you do with them, if

19          anything?

20    A     Filed them away.

21    Q     Did you review them at all?

22    A     No.

23    Q     Why not?

24    A     Because I wasn't responsible for the fuel costs.

25    Q     Okay, sure.  Did anybody review his fuel
```