**Ryder** 

| CUSTOMER REFERENCE NUMBER: | 0765200416583 | | |
|---|---|---|---|
| RENTAL AGREEMENT NUMBER : | 6348243 | CLIENT ACCOUNT NUMBER: | 58544 |

### Rental Location/Contact Information

Ryder Truck Rental, Inc.
113 N. AMBASSADOR CAFFERY PKWY
SCOTT, LOUISIANA, 70583
**Phone Number:** 3372326470
**Sales Rep** : Rhonlyn Carrere
**Area Manager** : Brent Lippy
Brent_Lippy@ryder.com

### Hours of Operation and additional information

**Mon – Fri :** 8:00 AM-4:30 PM
**Saturday** : Closed
**Sunday** : Closed
**24/7 Roadside Assistance:** 866-477-0438
**Customer Service** : 1-800-947-9337

```
**                                            **      SUBSTITUTE  AGREEMENT
**                                            **      ------------------------
**                     W/O FUEL    FUEL 27    **      ACTIVITY DATE : 07/25/19
**                                            **      CUST REF #: 0765200416583
**                                            **      VEHICLE NO:       643013
**********************************************
CUSTOMER    INFORMATION      DRIVER   INFORMATION     DATE/TIME/MILEAGE INFO:
------------------------     ----------------------   -----------------------
LOGISTIC RESOURCE SOLUTIONS  charles r bourque        DUE:  08/01/19   08:00
1600 WAYNE LANTER AVE        D.O.B.: **/**/**         OUT:  07/25/19   13:10
MADISON, IL                  Per #AAAAAAAAS1X
                62060-1471   ST: LA    EXP.: 05/17/22 ODOM OUT:   1 7 8 1 6 3
314 974 2244
CONTACT: ACH 15TH & 30 OF THE
Ord By: SHOP
=================================================================================
VEHICLE DESCRIPTION:     RATES AND CHARGES:    *** WITHOUT FUEL ***    TOTAL AMT
------------------------ --------------------- ---------------------   ---------
26' Diesel Light Duty Van  Daily Rental             @ $    93.00/D =$      *
FRTL M2 106                Weekly Rental            @ $   465.00/W =$      *
License #: 2315053         Mileage Rate             @ $    0.1200/M =$     *
State: IN                  Sub-Total Rental                        =$
GCW/GVW:26000 lbs          Ltd Damage Waiver        @ $    10.29/D =$      *
                                                    @ $    72.03/W =$      *
Substitute For:            Supp. Liab. Prot.        @ $    15.90/D =$      *
Lease: 652985                                       @ $   111.30/W =$      *
Odom.:                     (*)Sales Tax @ 8.45%                    =$
** Special Rate: No Other Discounts Apply **    TOTAL RENTAL CHARGES =$  0.00
```

- LIABILITY PROTECTION - It is agreed that the Liability Protection specified in Paragraph 5.A. of this Agreement is provided to Customer. Customer elects Supplemental Liability Protection which increases Liability Protection limits to $0 DED $1 MIL CSL     (coverage is primary - Read Para. 5)
- I agree that the Vehicle is received full of fuel, rental rates do not include fuel and I am responsible for all fuel. (Read Para. 13) I have read, understand and hereby agree to the terms and conditions on both sides of this Agreement and I agree to pay the charges for the options I have selected.
- This lessor cooperates with all federal, state, and local law enforcement officials nationwide to provide the identity of Customers who operate this rental Vehicle.
- The Vehicle shall not be operated by anyone other than the Customer, the Customer's employees, or Customer's employer. All driver's must be safety checked by Ryder before operating the Vehicle. If Customer changes drivers during rental period, the Customer must arrange for Ryder to safety check the new driver before the new driver is permitted to operate the Vehicle. The Vehicle shall be used by the Customer only in the normal course of its business, and Customer or driver of the Vehicle shall in no event be or be deemed the agent, servant or employee of Ryder in any manner or for any purpose what so ever.
- Customer accepts Limited Damage Waiver. Customer is responsible for $PHYS DMG - $1000 DED     of loss or damage to the Vehicle. (Read Para. 6 & 7)
- I have read, understand and hereby agree to the terms and conditions on both side of this Agreement, and I agree to pay the charges for the options I have selected.

| Customer Signature | Truck rented and safety instructions provided by Ryder agent |
|---|---|
| **Cargo Contents** : FREIGHT | Corrections# : 01 |
| **Manual Reference Number** : 0 | |
| **USDOT Number** : | Intrastate - No Hazardous Material |

Additional Terms and Conditions on Other Side – Please Read Carefully
*Thank you for doing business with Ryder!*

V20160308.01   PLF00153

**EXHIBIT O**